4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 EUGENE GIZZARELLI,

Defendant.
_______________________________/

Case:2:10-cr-20416
Judge: Battani, Marianne O
MJ: Randon, Mark A.
Filed: 07-01-2010 At 04:53 PM
INDI USA V EUGENE GIZZARELLI (EB)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 2252A(a)(2) -- *Receipt of Child Pornography*)

D-1 EUGENE GIZZARELLI

From on or about April 21, 2008 to on or about July 8, 2008, in the Eastern District of Michigan, Southern Division, defendant, EUGENE GIZZARELLI, did knowingly receive material containing images of child pornography, that is, visual depictions of sexually explicit conduct involving minors engaging in lascivious display of the genitals and/or acts of oral or genital intercourse, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT TWO**

(18 U.S.C. §2252A(a)(5)(B)-- *Possession of Child Pornography*)

D-1 EUGENE GIZZARELLI

From on or about April 21, 2008 to on or about July 14, 2008, in the Eastern District of Michigan, Southern Division, defendant EUGENE GIZZARELLI did knowingly possess a computer and computer media containing digital images that depict child pornography, as defined in 18 U.S.C. §2256(8)(A), that had been previously transported in interstate and foreign commerce by any means, including by computer, and which were produced using materials which had been transported in interstate and foreign commerce by any means, including by computer, all in violation of 18 United States Code, Section 2252A(a)(5)(B).

**FORFEITURE ALLEGATION**

(*Child Pornography*)

1. The allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of the offenses in Counts One and Two, as set forth above, defendant EUGENE GIZZARELLI shall forfeit to the United States any and all materials and property used and intended to be used in the transportation and possession of child pornography, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense. Such property includes the following specific items found in the possession of EUGENE GIZZARELLI on or about July 14, 2008: one Compaq Presario laptop computer (serial number CNF7140V12); one Hitachi Travelstar hard drive (serial number XKG94XLM) and one Toshiba laptop computer (serial number 96284826Q).

THIS IS A TRUE BILL

s/ Grand Jury Foreperson
FOREPERSON

BARBARA L. MCQUADE
United States Attorney

s/ Kevin M. Mulcahy
KEVIN M. MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit

s/ Erin S. Shaw
ERIN S. SHAW
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313.226.9182
erin.shaw@usdoj.gov

Dated: July 1, 2010

Case:2:10-cr-20416
Judge: Battani, Marianne O
MJ: Randon, Mark A.
Filed: 07-01-2010 At 04:53 PM
INDI USA V EUGENE GIZZARELLI (EB)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 **[ X ]**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** X **No** | **AUSA's Initials:** ESS |

**Case Title:** USA v. D-1 EUGENE GIZZARELLI

**County where offense occurred :** OAKLAND

**Check One:** **X Felony** ☐ **Misdemeanor** ☐ **Petty**

_X_Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint **[Case number: ]**
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

**Superseding Case Information**

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:
☐

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 1, 2010
Date

ERIN S. SHAW
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9182
Fax: (313) 226-2873
E-Mail address: Erin.Shaw@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.